# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137976

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DONALD ANGLIN,
      Plaintiff-Appellant,

v

                                    SC: 137976
                                    COA: 287097
                                    WCAC: 07-000303

DELPHI AUTOMOTIVE SYSTEMS, INC.,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

0316

                                        Clerk